## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David Hernandez | ) | Case No: 15 C 8781 |
| v. | ) | Judge: John W. Darrah |
| Mexcaltitan, Inc. et al | ) | |

### ORDER

Ruling on motion hearing held. Plaintiff's motion to withdraw as attorney is granted [9]. The clerk shall update the docket and mail a copy of this order to the plaintiff at 5155 W. Eddy St., Chicago, Il., 60641. Plaintiff's motion to dismiss this case [11] is granted. Civil case closed.

(T:) 00:05

Date: 12/1/15                                                                 /s/ Judge John W. Darrah